GEORGE W. HERBERT, Appellant, *v.* ALBERT HORATIO GALLATIN et al., Respondents.

*Herbert* v. *Gallatin,* 22 App. Div. 623, affirmed.
(Argued May 8, 1900; decided May 22, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1897, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term.

*Charles De Hart Brower* for appellant.

*William H. Harris* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE AULTMAN & TAYLOR COMPANY, Appellant, *v.* FREDERICK J. SYME et al., Respondents.

(Submitted May 14, 1900; decided May 22, 1900.)

Motion for reargument denied, with ten dollars costs. (See 163 N. Y. 54.)

---

BRYAN McAVENEY, Respondent, *v.* ATTILIO PASQUINI et al., Appellants.

*McAveney* v. *Pasquini,* 23 App. Div. 120, affirmed.
(Submitted April 27, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1897, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon the report of a referee.